IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00181-MOC-WCM

| | |
|---|---|
| DAVID SIMPSON and ELIZABETH SIMPSON ) ) ) Plaintiffs, ) ) v. ) ) ) KENNETH SPENCER and ) AVERITT EXPRESS, INC. ) ) Defendants. ) ) | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 7) filed by Ruth C. Smith. The Motion indicates that Ms. Smith, a member in good standing of the Bar of this Court, is local counsel for Plaintiffs and that she seeks the admission of Kellie Collins, who the Motion represents as being a member in good standing of the Bar of the State of Kentucky. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 7) and **ADMITS** Kellie Collins to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: August 13, 2021

W. Carleton Metcalf
United States Magistrate Judge